J. Russell Stedman (117130)
Jordan S. Altura (209431)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and CONECTIV OPERATING SERVICES
COMPANY DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, CONECTIV OPERATING SERVICES COMPANY DISABILITY PLAN, and DOES 1-50, inclusive,<br><br>    Defendants. | CASE NO. C 05-0754 SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

    Plaintiff John Shaw ("Plaintiff"), together with Defendants Metropolitan Life Insurance Company ("MetLife") and Conectiv Operating Services Company Disability Plan (the "Plan") (hereinafter collectively referred to as "Defendants"), by and through their counsel of record, hereby stipulate to the following:

    1.    On August 12, 2005, this Court ordered Defendants to produce a copy of the Plan document by August 19, 2005. As counsel represented to the Court, Defendants had been unable to confirm that a Plan document produced by Plaintiff is the applicable plan document because Plaintiff's former employer is now defunct. Defendants have confirmed that the Plan document produced by Plaintiff is the Plan under which Plaintiff's claim for long-term disability benefits was administered and provides the correct substantive terms of the Plan. However, due to the defunct status of Plaintiff's former employer, Defendants have been unable to confirm that there are not

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office7\7197\076\05pleadings\stip and order.doc    STIPULATION AND [PROPOSED] ORDER    Case No. C 05-0754 SI

1  other, additional Plan materials that would be relevant to Plaintiff's claim for disability benefits,
2  despite diligent efforts to do so.

3      2.    The parties submit that, to the extent there may be additional materials that were in
4  the possession of Plaintiff's former employer, which may be relevant to the standard of review
5  determination to be made by the Court, Defendants should exhaust all efforts to locate any such
6  materials. The parties request that Defendants be allowed an addition 10 days to locate any such
7  materials. Therefore, with the Court's approval, it is hereby agreed and stipulated that the deadline
8  for Defendants' production of the Plan document is continued 10 days, to August 29, 2005.
9  Plaintiff's deadline for determining if further discovery is necessary to proceed with motions is
10 continued to September 12, 2005.

11     3.    This stipulation and proposed order will not modify the motion filing deadlines set
12 by the Court during the August 12, 2005 Case Management Conference.

13 **IT IS SO STIPULATED.**

14 Dated: August 18, 2005, San Francisco, CA      BARGER & WOLEN LLP

By  /s/ Jordan S. Altura
    J. Russell Stedman
    Jordan S. Altura
    Attorney for Defendants
    METROPOLITAN LIFE
    INSURANCE COMPANY and
    CONECTIV OPERATING
    SERVICES COMPANY
    DISABILITY PLAN

21 Dated: August 18, 2005, San Mateo, CA      LAW OFFICES OF JOHN FRYE

By  /s/ John Frye
    John Frye
    Attorney for Plaintiff JOHN SHAW

25 IT IS SO ORDERED.

27 Dated:_____

**GRANTED**
Judge Susan Illston

i:\office7\7197\076\05pleadings\stip and order.doc     STIPULATION AND [PROPOSED] ORDER     Case No. C 05-0754 SI

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800