J. Russell Stedman (117130)
William Lee (148652)
Jordan S. Altura (209431)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and CONECTIV OPERATING SERVICES
COMPANY DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHAW, | CASE NO.: C 05-0754 SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO COMPLETE THE MEDIATION TO NOVEMBER 4, 2005 |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, CONECTIV OPERATING SERVICES COMPANY DISABILITY PLAN, and DOES 1-50, inclusive, | The Honorable Susan Illston |
| Defendants. | |

Through their respective attorneys of record, plaintiff John Shaw and defendants Metropolitan Life Insurance Company and Connectiv Operating Services Company Disability Plan stipulate as follows:

1. Pursuant to the Court's pretrial order entered on August 12, 2005, the Court ordered the parties to complete mediation before October 31, 2005;

2. On or about August 16, 2005, the Court assigned C. Mark Humbert, Esq., to serve as the mediator in this case;

3. Due to scheduling conflicts, the parties were unable to find a mutually convenient date prior to October 31, 2005 to complete the mediation;

\\bwladata\lao\office7\7197\076\05pleadings\stipulation and order re mediate date.doc
C 05-0754 SI

**STIPULATION AND ORDER RE EXTENDING MEDIATION DEADLINE**

4. Having conferred with Mr. Humbert to obtain his consent and availability, the parties have agreed to conduct the mediation on Friday, November 4, 2005 at 1:00 p.m., which is less than 1 week after the original deadline for completing the mediation.

5. This stipulation and proposed order will not modify any other dates set by the Court.

IT IS SO STIPULATED.

Dated: October 6, 2005

_____
William Lee
Attorneys for Defendants METROPOLITAN
LIFE INSURANCE COMPANY and
CONECTIV OPERATING SERVICES
COMPANY DISABILITY PLAN

Dated: October ___, 2005

_____
John N. Frye
Attorney for Plaintiff
JOHN SHAW

IT IS SO ORDERED:

That the October 31, 2005 deadline for completing the mediation has been extended to November 4, 2005.

Dated: _____

**GRANTED**
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-    C 05-0754 JL
STIPULATION AND ORDER RE EXTENDING MEDIATION DEADLINE

4. Having conferred with Mr. Humbert to obtain his consent and availability, the parties have agreed to conduct the mediation on Friday, November 4, 2005 at 1:00 p.m., which is less than 1 week after the original deadline for completing the mediation.

5. This stipulation and proposed order will not modify any other dates set by the Court.

IT IS SO STIPULATED.

Dated: October 6, 2005

William Lee
Attorneys for Defendants METROPOLITAN LIFE INSURANCE COMPANY and CONECTIV OPERATING SERVICES COMPANY DISABILITY PLAN

Dated: October 7, 2005

John N. Frye
Attorney for Plaintiff
JOHN SHAW

IT IS SO ORDERED:

That the October 31, 2005 deadline for completing the mediation has been extended to November 4, 2005.

Dated: _____

The Honorable Susan Illston
United States District Court Judge

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-                                                                        C 05-0754 JL
STIPULATION AND ORDER RE EXTENDING MEDIATION DEADLINE