IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHAW,            No. C 05-0754 SI

    Plaintiff,            **ORDER OF DISMISSAL**

v.

METROPOLITAN LIFE INSURANCE COMPANY, CONECTIV OPERATING SERVICES COMPANY DISABILITY PLAN, and DOES 1-50, inclusive,

    Defendant.
_____/

The parties to the action have advised the court that they have agreed to a settlement.

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within ninety (90) days of the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: November 21, 2005

                                          SUSAN ILLSTON
                                          United States District Judge