J. Russell Stedman (117130)
Jordan S. Altura (209431)
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY
and CONECTIV OPERATING SERVICES
COMPANY DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHAW,<br><br>   Plaintiff,<br><br>  vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, CONECTIV OPERATING SERVICES COMPANY DISABILITY PLAN, and DOES 1-50, inclusive,<br><br>   Defendants. | CASE NO. C 05-0754 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION IN ITS ENTIRETY** |

By and through their counsel of record, Plaintiff John Shaw ("Plaintiff") and Defendants Metropolitan Life Insurance Company and Conectiv Operating Services Company Disability Plan (collectively "Defendants") hereby stipulate to the following:

///

///

///

///

///

///

///

///

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

i:\office7\7197\076\06pleadings\stipulation for dismissal.doc

C 05-0754 SI

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION IN ITS ENTIRETY

1. The parties hereto have reached an agreement to resolve this action in its entirety. The relevant documents have been finalized and the parties hereby stipulate to dismiss this action in its entirety with prejudice. Each side to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated: March 13, 2006, San Francisco, CA    BARGER & WOLEN LLP

By /s/ Jordan S. Altura
J. Russell Stedman
Jordan S. Altura
Attorney for Defendant
METROPOLITAN LIFE
INSURANCE COMPANY and
CONECTIV OPERATING
SERVICES COMPANY
DISABILITY PLAN

Dated: March 13, 2006, San Mateo, CA    LAW OFFICES OF JOHN N. FRYE

By /s/ John N. Frye
John N. Frye
Attorney for Plaintiff
JOHN SHAW

## ORDER

The above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: _____    _____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-    C 05-0754 SI

STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION IN ITS ENTIRETY